FILED
NOV 1 8 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 15-40080-JPG |
| ) | |
| JEFFREY MAGELITZ, ) | |
| ) | Title 29, United States Code |
| Defendant. ) | Section 501(c), 439(b) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

**EMBEZZLEMENT AND THEFT FROM A UNION**

1. From on or about January of 2012 and continuing through December of 2013, in Johnson County, within the Southern District of Illinois,

**JEFFREY MAGELITZ,**

defendant herein, while an officer of AFSCME Local 415, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the money, funds, securities, properties, and other assets of said labor organization. The AFSCME is the America Federation of State, County and Municipal Employees.

2. AFSCME Local 415 represents employees at the Vienna Correction Center, located in Vienna, IL. **JEFFREY MAGELITZ** was treasurer for Local 415 from January 2012 through June 2013, when he transferred to Elgin Mental Health Facility. **MAGELITZ** was a signatory on the bank accounts. He received the bank statements, prepared checks, and was responsible for maintaining the financial records.

1

3.  From January 2012 through December 2013, **MAGELITZ** violated the law when he embezzled approximately $30,000 from the local. He embezzled the funds by writing unauthorized checks to himself and to vendors for expenses not related to union business. He forged the signature of the local's president and vice president on the checks to conceal his embezzlement.

All in violation of Title 29, United States Code, Section 501(c).

## COUNT 2

### FALSIFIED LM-3 REPORT: MAKING A MATERIAL FALSE STATEMENT

1.  At all times material to this Indictment AFSCME Local 415 was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, et seq. At all times relevant, AFSCME Local 415 was required to submit an annual accurate LM-3 Labor Organization Annual Report to the United States Department of Labor. The report is required to be signed by the president and the treasurer under penalties of perjury.

2.  That on or about December 2, 2013, in Johnson County, within the Southern District of Illinois,

**JEFFREY MAGELITZ,**

the defendant herein, did make a false statement and representation of material fact knowing it to be false in a report and document required to be filed by AFSCME Local 415 with the Secretary of Labor pursuant to Section 431 of Title 29, United States Code, that is, the annual financial report form LM3 for the union's fiscal year ending on December 31, 2012. The report contained a forged signature of the president of the union and falsely reported the total amount of disbursements.

All in violation of Title 29, United States Code, Section 439(b).

2

_____
STEPHEN R. WIGGINTON
United States Attorney
Southern District of Illinois

_____
NORMAN R. SMITH
Assistant United States Attorney

Recommended bond: $25,000 unsecured.

3